UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cr-00008-RLY-MPB |
| ) | |
| RODNEY C. KIMES, ) | -01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On October 25, 2017, the Court held an Initial Appearance on a Petition for Supervised Release Violation. Defendant Kimes appeared in person with appointed counsel Erin Berger. The government appeared by Todd Shellenbarger, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Lisa Hunt.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Kimes of his rights and provided him with a copy of the petition. Defendant Kimes waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Kimes admitted violations #1, 2, and 3 ([Docket No. 39](Docket No. 39)).

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance."<br><br>The offender submitted drug tests on September 11, September 24, September 28, October 7, and October 11, 2017. The results of each tested positive for methamphetamine. The test on October 7, tested positive for methamphetamine and was dilute. The offender admitted to smoking methamphetamine in September, but claims his last use was September 28, 2017. |
| 2 | "You shall reside in a residential reentry center for a term of 180 days. You shall abide by the rules and regulations of the facility."<br><br>On October 18, 2017, this officer received two incident reports from the VOA regarding noncompliance with the offender. On October 3, 2017, the offender received an incident write-up because he refused to give his cell phone to the case manager. He later turned over the phone and admitted to having contact with female residents from the facility, which is a violation of RRC policy. On October 13, 2017, the offender received an incident write-up because he signed out to go to work on October 12 and 13; however, he did not report to work on either day. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | "You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."<br><br>The offender failed to report for urine screens on September 27 and 29, and October 16, 2017. |

With respect to the advisory guidelines, the Court finds that:

    (a)    The highest grade of violation is a Grade B violation.

    (b)    Defendant's criminal history category is VI.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 21-24 months imprisonment.

The parties jointly recommended a sentence of 21 months in the Federal Bureau of Prisons with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: October 25, 2017

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.

United States Probation Office, United States Marshal